UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22228-CIV-COHN

ROBERT PATTON,

    Petitioner,

vs.

JAMES R. MCDONOUGH, et al.,

    Respondent.

_____/

### ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY

**THIS CAUSE** is before the Court upon Petitioner Robert Patton's Application for a Certificate of Appealability [DE 21]. The Court has carefully considered the matter and is otherwise fully advised in the premises.

This Court denied Patton's Petition for Writ of Habeas Corpus on August 28, 2006 [DE 16] and denied Patton's Motion to Alter or Amend Judgment on October 11, 2006 [DE 18]. After considering the instant motion for certificate of appealability, the Court will deny such certification, as the Court concludes under Slack v. McDaniel, 529 U.S. 473 (2000), that Petitioner has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 529 U.S. at 484. The Court notes that pursuant to Rule 22(b)(1), the Petitioner may now seek a certificate of appealability from the Eleventh Circuit.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Request for

Certificate of Appealability [DE 21] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of January, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Appeals Desk (Miami)
Todd G. Scher, Esq.
Suzanne M. Keffer, Esq.
Sandra S. Jaggard, Esq.